IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2015 MAR -2  PM 3: 45

AJ Scooters, Inc.

1611 Bank Street

Baltimore, MD 21231
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Civil No.: ___WMN 15-588___
*(Leave blank. To be filled in by Court.)*

USDA, Agency of the United States of America

*(Full name and address of the defendant(s))*
**Defendant(s)**

**COMPLAINT** For a review of a USDA decision
Request for an emergency hearing

1. Jurisdiction in this case is based on:

   [✓] Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   [ ] Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   [✓] Other (explain) USDA, Agency of the United States of America

Complaint (Rev. 12/2000)                    1

2. The facts of this case are:

Now comes Ruth Lurz, Pro Se and President of AJ Scooters, Inc. files this emergency hearing to this court to review The USDA Agency decision and states onto Your Honor as follows

The officers of USDA have created hardship on the business by suspending it form the EBT program, based on suspicion. This suspension from the EBT program is arbitrarly and capricious. (See Exhibit A), based on the paper conclusion of page 14. The business has been falsely accused of trafficking which means that food purchases made by EBT users are fraudulently discounted for cash by AJ Scooters, Inc. Those false accusations have caused the business to collapse and have put our livelihood and the livelihood of our employees in danger.

AJ Scooters, Inc. sells raw seafood. Evidence introduced by AJ Scooters, Inc. to overcome the suspension shows that the frequency patterns of purchases made by users of EBT cards and those made by users of credit cards are similar. This confirms that the allegations of trafficking are false and unfounded.

The agency's faulty decision has impaired out ability to earn income and has caused the business to face a going concern. The business is now on the verge of bankruptcy.

Therefore, the plaintiffs are seeking to be reinstated immediately in the EBT program. The plaintiffs are also seeking damages in the amount of one hundred eleven thousand two hundred ninety and 48/100 dollars, $111,292.48, (See Exhibit B) prepared by plaintiff's accountant.

3. The relief I want the court to order is:

[✓] Damages in the amount of: $111,292.48 _____

[ ] An injunction ordering: _____

_____

[✓] Other (explain) Immediate reinstatement of AJ Scooters, Inc. into the EBT program.

_____

February 17, 2015 _____
(Date)

*Ruth Lurz* (Signature)

Ruth Lurz

1611 Bank Street

Baltimore, MD 21231

443-791-7077
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.