**Exhibit B**

# AJ Scooters, Inc.
## Analysis of Sales Report
## January 2014 through January 2015

### 2014 Sales

| | | |
|---|---|---:|
| Jan | $ | 24,037.00 |
| Feb | | 38,506.00 |
| Mar | | 56,940.00 |
| Apr | | 46,925.68 |
| May | | 59,631.00 |
| Jun | | 57,864.00 |
| Jul | | 39,573.58 |
| Aug | | 48,887.00 |
| Sep | | 38,045.00 |
| Oct | | 32,178.34 |

**Ten Month Total Sales for**     **$ 442,587.60**

**Average Monthly Sales Including EBT Card Sales**     $     44,258.76

| | |
|---|---:|
| Nov | $14,041.00 |
| Dec | 17,896.45 |
| Jan | 17,369.47 |

**Ten Month Total**     **$ 49,306.92**

**Average Monthly Sales Without EBT Card Sales**     16,435.64

**Average Monthly Loss of EBT Sales**     $     27,823.12

**Loss of EBT Sales November through February (4 Months x $27,823.12)**     **$ 111,292.48**